**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

MILLER INVESTMENT TRUST,

Plaintiff,

v.

MORGAN STANLEY & CO. INC. and
KPMG HONG KONG,

Defendants.

Civil Action No. 1:11-cv-12126-JLT

**DEFENDANT MORGAN STANLEY'S**
**MOTION TO DISMISS THE COMPLAINT**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Morgan Stanley & Co. LLC (formerly known as Morgan Stanley & Co. Inc.) moves to dismiss the Plaintiff's Complaint, filed December 1, 2011. The grounds for this motion are set forth in the accompanying Memorandum of Law in Support of Defendant Morgan Stanley's Motion to Dismiss the Complaint.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Defendant respectfully requests oral argument.

Dated: January 31, 2012

Respectfully submitted,

/s/ John P. Bueker
Randall W. Bodner (BBO# 549160)
John P. Bueker (BBO# 636435)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7951
John.Bueker@ropesgray.com

*Attorneys for Morgan Stanley & Co. LLC*

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I, John P. Bueker, hereby certify pursuant to Local Rule 7.1(a)(2) that, on January 30, 2012, counsel for Defendant Morgan Stanley & Co. LLC, conferred in good faith with the counsel for the plaintiff, but were not able to resolve or narrow the issues raised by the above motion.

/s/ John P. Bueker

John P. Bueker (BBO# 636435)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7951
John.Bueker@ropesgray.com

## CERTIFICATE OF SERVICE

I, John P. Bueker, hereby certify that this document, filed through the ECF system, will be served electronically to the registered participants identified on the Notice of Electronic Filing ("NEF"), and that paper copies will be sent via electronic mail to those identified on the NEF as non-registered participants on January 31, 2012.

/s/ John P. Bueker
John P. Bueker