UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MILLER INVESTMENT TRUST,<br><br>       Plaintiff,<br><br>  v.<br><br>MORGAN STANLEY & CO. INCORPORATED and KPMG HONG KONG,<br><br>       Defendants. | CIVIL ACTION<br>NO. 1:11-cv-12126 |

## DEFENDANT KPMG HONG KONG'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(2), (5) & (6), defendant KPMG, a Hong Kong partnership ("KPMG Hong Kong"), through its counsel appearing specially, moves to dismiss the Complaint as against it. The grounds for KPMG Hong Kong's motion to dismiss are set forth in its memorandum of law filed with this motion. In connection with this motion, KPMG Hong Kong also is filing affidavits of Sng Keng Yeow Melvin, O'Brien Ian Charles, Liu Tsz Bun Bennett, and Ngan May Wan and a declaration of Jared Craft.

### Request for Oral Argument

Pursuant to Local Rule 7.1(d), KPMG Hong Kong respectfully requests oral argument on this motion.

Wherefore, KPMG Hong Kong respectfully requests that the Court dismiss the Complaint as against it in its entirety.

2

          Respectfully submitted,

**BINGHAM MCUTHEN LLP**

Steven W. Hansen, BBO #220820
   steven.hansen@bingham.com
Jeff Goldman, BBO #660870
   jeff.goldman@bingham.com
Jared A. Craft, BBO #679593
   jared.craft@bingham.com
One Federal Street
Boston, MA  02110-1726
617.951.8000

Geoffrey F. Aronow
(*motion for pro hac vice admission pending*)
   geoffrey,aronow@bingham.com
2020 K Street NW
Washington, DC 20016
202.373.6000

*Attorneys for Defendant KPMG Hong Kong*
(*Appearing Specially*)

Dated June 7, 2012

## LOCAL RULE 7.1 CERTIFICATION

I, Steven W. Hansen, certify pursuant to Local Rule 7.1 that on June 4, 2012, counsel for defendant KPMG Hong Kong conferred in good faith with counsel for plaintiff but were unable to resolve or narrow the issues raised by this motion.

/s/  Steven W. Hansen, BBO#220820

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system to be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to any person indicated on ECF as a non-registered participant on June 7, 2012.

/s/ Jeff Goldman, BBO #660870