UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MILLER INVESTMENT TRUST,<br><br>                 Plaintiff,<br><br>      v.<br><br>MORGAN STANLEY & CO. INCORPORATED and KPMG HONG KONG,<br><br>               Defendants. | CIVIL ACTION<br>NO. 1:11-cv-12126 |

### **DECLARATION OF JARED A. CRAFT**

I, Jared A. Craft, declare as follows:

1. I am an attorney in the firm Bingham McCutchen LLP in Boston, Massachusetts.

2. I am a member in good standing of the bar of the Commonwealth of Massachusetts and am admitted to practice before this Court.

3. I provide this declaration in connection with the motion to dismiss being filed on behalf of KPMG Hong Kong.

4. The attached exhibits are true and correct copies of filings with the United States Securities and Exchange Commission ("SEC") downloaded from the SEC website on June 7, 2012:

- Pages 1-2 and F-1-F-7 of ShengdaTech, Inc. Form 10-K for its fiscal year ending December 31, 2008 (including audit opinion of KPMG Hong Kong), as appearing on the SEC website and bearing the filing date of April 1, 2009. (Exhibit 1)

- Pages 1-2 and F-1-F-7 of ShengdaTech, Inc. Form 10-K for its fiscal year ending December 31, 2009 (including audit opinion of KPMG Hong Kong), as appearing on the SEC website and bearing the filing date of March 15, 2010. (Exhibit 2)

- Title pages and pages 5-7, F-1-F-8, and II-7 ShengdaTech, Inc Form S-1 referencing on page II-7 a "Consent of KPMG . . . filed [as Exhibit 23.2] on November 18, 2010," as appearing on the SEC website and bearing the filing date of November 23, 2010. (Exhibit 3)

- "Consent of Independent Registered Public Accounting Firm" filed as Exhibit 23.2 to a document appearing on the SEC website as filed by ShengdaTech, Inc. on November 18, 2010.  (Exhibit 4)

5. The full text of filings can be obtained publicly by searching the SEC website for filings of ShengdaTech, Inc., or at the following SEC website address: http://www.sec.gov/cgi-bin/browse-edgar?action=getcompany&CIK=0001160165&type=&dateb=&owner=exclude&start=0&count=40 (last checked June 7, 2012).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 7, 2012.

                                                    _____/s/ Jared A. Craft_____
                                                    Jared A. Craft, BBO #679593