UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MILLER INVESTMENT TRUST,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MORGAN STANLEY & CO., INC.,<br>and KPMG HONG KONG,<br><br>　　　　Defendants. | *<br>*<br>*<br>*<br>*　Civil Action No. 1:11-cv-12126-JLT<br>*<br>*<br>*<br>*<br>* |

ORDER

May 15, 2013

TAURO, J.

　　　　After a hearing on May 15, 2013, this court hereby orders that:

　　1.　Plaintiff may re-serve Defendant KPMG Hong Kong in compliance with the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents.

　　2.　Defendant KPMG Hong Kong's Motion to Dismiss [#58] is DENIED as MOOT.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　/s/ Joseph L. Tauro
　　　　　　　　　　　　　　　　　　　　United States District Judge