UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MILLER INVESTMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN STANLEY & CO. INCORPORATED and KPMG HONG KONG,<br><br>Defendants. | CIVIL ACTION<br>NO. 1:11-cv-12126 JLT |

**DEFENDANT KPMG HONG KONG'S RENEWED MOTION TO DISMISS**

Pursuant to Federal Rules of Civil Procedure 8(a), 9(b) and 12(b) (6) and the Private Litigation Securities Reform Act, defendant KPMG, a Hong Kong partnership ("KPMG Hong Kong"), renews its motion to dismiss the Amended Complaint as against it on the grounds that:

1. Plaintiff has failed to plead a claim under Section 18 of the Securities Exchange Act of 1934 with sufficient particularity to satisfy either the Private Securities Litigation Reform Act of 1995, Fed. R. Civ. P. 9(b), or Fed. R. Civ. Pro. 8(a). It therefore fails to state a claim.

2. Plaintiff has failed to plead a claim of negligent misrepresentation sufficiently to satisfy the pleading requirements of Fed. R. Civ. Pro. 9(b) or 8(a) and does not plead facts that give rise to a duty on the part of KPMG Hong Kong to Plaintiff. It therefore fails to state a claim.

This motion follows the Court's dismissal of our earlier motion to dismiss as moot in light of the failure of service. The parties have now reached agreement on service, and KPMG Hong Kong is renewing its motion to dismiss. In support of this renewed motion, KPMG Hong

Kong relies on its memorandum of law filed on October 12, 2012 (Document No. 59), but withdraws the argument that KPMG Hong Kong Has Not Been Properly Served (Part I at pages 7-10); its Reply Brief filed on December 17, 2012 (Document No. 67), other than the pages concerning service (Part 1 at pages 1-3); its supplemental memorandum of law filed herewith setting forth authorities; the Declaration of Deana El-Mallawany and exhibits thereto filed on October 12, 2012 (Document Nos. 63, 63-1 to 63-7); and the Declaration of Deana El-Mallawany and an exhibit thereto that is filed with this Motion.

The exhibit to the El-Mallawany Declaration is the full text of a pleading of which a portion was submitted by Plaintiff as Exhibit 1 to the Declaration of Jonathan Horne dated November 26, 2012 (Document No. 66-1).

**Request for Oral Argument**

Pursuant to Local Rule 7.1(d), KPMG Hong Kong respectfully requests oral argument on this motion.

Wherefore, KPMG Hong Kong respectfully requests that the Court dismiss the Amended Complaint as against it in its entirety.

Respectfully submitted,

**KPMG Hong Kong**

By its attorneys,

/s/ Steven W. Hansen

Steven W. Hansen, BBO #220820
steven.hansen@bingham.com
Deana K. El-Mallawany, BBO #674825
deana.el-mallawany@bingham.com
Jared A. Craft, BBO #679593
jared.craft@bingham.com

**BINGHAM MCCUTCHEN LLP**

Dated: July 12, 2013

**LOCAL RULE 7.1 CERTIFICATION**

I, Steven W. Hansen, certify pursuant to Local Rule 7.1 that on October 10, 2012, and July 2, 2013, counsel for defendant KPMG Hong Kong conferred in good faith with counsel for Plaintiff but were unable to resolve or narrow the issues raised by this motion to dismiss.

/s/ Steven W. Hansen, BBO #220820

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system to be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to any person indicated on ECF as a non-registered participant on July 12, 2013.

/s/ Deana El-Mallawany, BBO #674825