UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MILLER INVESTMENT TRUST and JURA LIMITED,<br><br>Miller,<br><br>v.<br><br>MORGAN STANLEY & CO. LLC and KPMG, a Hong Kong Partnership,<br><br>Defendants. | CIVIL ACTION<br>NO. 1:11-cv-12126 |

**DEFENDANT KPMG-HK'S**
**MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b) (6), 8(a), and 9(b), and the Private Litigation Securities Reform Act of 1995, 15 U.S.C. § 78u-4, defendant KPMG, a Hong Kong partnership ("KPMG-HK"), moves to dismiss the Second Amended Complaint as against it on the grounds that:

1. Plaintiff Miller Investment Trust ("Miller"), the sole plaintiff asserting a claim against KPMG-HK, has failed to plead a claim under Section 18 of the Securities Exchange Act of 1934, in accordance with the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, because it has failed to plead that KPMG-HK made a false statement and because it has failed to plead loss causation.

2. Miller has failed to plead a claim of negligent misrepresentation because it has failed to plead that KPMG-HK made a false statement and because it has failed to plead that KPMG-HK owed any duty to Miller.

3. In the event that the Court dismisses the Section 18 claim against KPMG-HK, it does not have independent subject matter jurisdiction with respect to the sole remaining claim, which is

predicated on state law, under 18 USC § 1332, because Miller and KPMG-HK are not diverse, and, as a matter of discretion, the Court should not retain supplemental jurisdiction at this stage in the proceedings.

In support of this motion, KPMG-HK relies upon the Declaration of Jeff Goldman and exhibits to that Declaration, the Affidavit of O'Brien Ian Charles, and its memorandum of law, all filed today. (Pursuant to a motion for leave to file under seal filed today, the memorandum of law and Goldman Declaration are being filed in redacted form with unredacted versions seal, and two exhibits to the Goldman Declaration are being filed under seal.)

In support of this motion, KPMG-HK relies upon the Declaration of Jeff Goldman and exhibits to that Declaration, the Affidavit of O'Brien Ian Charles, and its memorandum of law, all filed today.

Wherefore, KPMG-HK respectfully requests that the Court dismiss the Second Amended Complaint as against it in its entirety.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(D), KPMG -HK respectfully requests oral argument.

Dated April 9, 2014

/s/ Steven W. Hansen
Steven W. Hansen, BBO #220820
steven.hansen@bingham.com
Jeff Goldman, BBO #660870
jeff.goldman@bingham.com
Deana K. El-Mallawany, BBO #674825
deana.el-mallawany@bingham.com
One Federal Street
Boston, MA 02110
617.951.8000

Jeffrey Q. Smith, *pro hac vice*
jq.smith@bingham.com
399 Park Ave.
New York, NY 10022
212.705.7000

**BINGHAM MCCUTCHEN LLP**
*Attorneys for Defendant KPMG-HK*

## CERTIFICATE OF CONFERENCE

Undersigned counsel certifies that he has conferred regarding this motion with counsel for Miller and that the parties have been unable to reach agreement or narrow the issues.

/s/ Steven W. Hansen, BBO # 220820

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system to be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to any person indicated on ECF as a non-registered participant on April 9, 2014.

/s/ Jeff Goldman, BBO #660870