UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MILLER INVESTMENT TRUST and JURA LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MORGAN STANLEY & CO. LLC and KPMG, a Hong Kong Partnership,<br><br>Defendants. | CIVIL ACTION<br>NO. 1:11-cv-12126 |

**MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(6), 8(a), and 9(b), and the Private Litigation Securities Reform Act of 1995, 15 U.S.C. § 78u-4, defendant KPMG, a Hong Kong partnership ("KPMG-HK"), moves to dismiss the Third Amended Complaint as against it on the grounds that:

1. Plaintiff Miller Investment Trust ("Miller"), the sole plaintiff asserting a claim against KPMG-HK, has failed to plead a claim under Section 18 of the Securities Exchange Act of 1934, in accordance with the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, because it has failed to plead that KPMG-HK made a false statement in a document filed with the Securities and Exchange Commission and because it has failed to plead loss causation.

2. Miller has failed to plead a claim of negligent misrepresentation because it has failed to plead that KPMG-HK made a false statement and because it has failed to plead that KPMG-HK owed any duty to Miller.

3. In the event that the Court dismisses the Section 18 claim against KPMG-HK, it does not have, and is not alleged to have, independent subject matter jurisdiction with respect to

the sole remaining claim, which is predicated on state law, and, as a matter of discretion, the Court should not retain supplemental jurisdiction.

4. The Third Amended Complaint represents Miller's fourth attempt to state a claim against KPMG-HK, and dismissal should be with prejudice.

In further support of this motion, KPMG-HK relies upon the Declaration of Jeff Goldman and exhibits to that Declaration, and its memorandum of law. Pursuant to Local Rule 7.2, KPMG-HK is also filing today a motion for leave to file under seal portions of its memorandum of law and exhibits J and Q to the Goldman Declaration. Those documents have been delivered to the Court but not filed. A redacted version of the memorandum of law has been filed.

Wherefore, KPMG-HK respectfully requests that the Court dismiss the Third Amended Complaint as against it in its entirety and with prejudice.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), KPMG -HK respectfully requests oral argument.

/s/ Steven W. Hansen
Steven W. Hansen, BBO #220820
steven.hansen@morganlewis.com
Jeff Goldman, BBO #660870
jeff.goldman@morganlewis.com
One Federal Street
Boston, MA 02110
617.951.8000

Jeffrey Q. Smith, *pro hac vice*
jq.smith@morganlewis.com
101 Park Avenue
New York, NY 10178
212.309.6000

**MORGAN, LEWIS & BOCKIUS LLP**
*Attorneys for Defendant KPMG-HK*

Dated: May 13, 2015

**CERTIFICATE OF CONFERENCE**

Undersigned counsel certifies that he has conferred regarding this motion with counsel for Miller and that the parties have been unable to reach agreement or narrow the issues.

/s/ Steven W. Hansen, BBO # 220820

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system to be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to any person indicated on ECF as a non-registered participant on April May 13, 2015.

/s/ Jeff Goldman, BBO #660870