UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MILLER INVESTMENT TRUST and JURA LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN STANLEY & CO. LLC and KPMG, a Hong Kong Partnership,<br><br>Defendants. | CIVIL ACTION<br>NO. 1:11-cv-12126 |

**DECLARATION OF JEFF GOLDMAN IN SUPPORT OF DEFENDANT KPMG-HK'S MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**

I, Jeff Goldman, declare as follows:

1. I am an attorney in the firm Morgan, Lewis & Bockius LLP and counsel to defendant KPMG, a Hong Kong partnership ("KPMG-HK") in this action.

2. I have attached as exhibits to this declaration what I understand to be true and correct copies of the following documents referenced in KPMG-HK's memorandum of law in support of its motion to dismiss the Third Amended Complaint ("TAC"):

    A.    Printout of index to ShengdaTech SEC filings

    B.    2009 ShengdaTech Form 10-K

    C.    2008 ShengdaTech Form 10-K

    D.    Declaration of Sheldon Saidman

    E.    2009 ShengdaTech CEO and CFO Certifications

    F.    2008 ShengdaTech CEO and CFO Certifications

    G.    ShengdaTech 8-K dated May 5, 2011

H. Miller summary prospectus

I. Miller quarterly report

J. Letter referenced in TAC

K. 2014 Form 10-K for ShengdaTech liquidating trust

L. Comparison of 2007, 2008 10-Ks on related party issue

M. ShengdaTech 8-K dated April 29, 2011.

N. Roskill Report

O. Mineral Technologies 10-K

P. ShengdaTech 8-K dated Mar. 15, 2011

Q. Presentation referenced in TAC

R. List of open-ended mutual funds with $100 million in assets

S. SEC Release no. 33-9415

3. I declare under penalty of perjury that the foregoing is true and correct.

Dated May 13, 2015

                                                                 /s/ Jeff Goldman