**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

MILLER INVESTMENT TRUST and JURA LIMITED,

Plaintiffs,

v.

MORGAN STANLEY & CO. LLC and KPMG, a Hong Kong Partnership

Defendants.

**Civil Action No. 1:11-cv-12126**

**JURY TRIAL DEMANDED**

**DEFENDANT MORGAN STANLEY & CO. LLC'S**
**ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT**

Defendant Morgan Stanley & Co. LLC ("Morgan Stanley") hereby answers the Third Amended Complaint dated April 29, 2015 (the "Complaint") brought by Miller Investment Trust and Jura Limited (the "Plaintiffs"), as follows:

## SECTION I

1. Morgan Stanley admits that ShengdaTech's operations took place in China and the Offering closed in December 2010. Morgan Stanley lacks sufficient knowledge or information to form a belief about the existence or extent of Plaintiffs' purported losses or what, if any, information Plaintiffs relied upon and, therefore, denies those allegations. The remaining allegations are denied.

2. Morgan Stanley admits that it underwrote in part the Offering, that it drafted portions of the Private Placement Memorandum, and that KPMG was ShengdaTech's registered independent accountant. Morgan Stanley denies the remaining allegations in the first sentence of

Paragraph 2. The second and third sentences of Paragraph 2 are directed at parties other than Morgan Stanley; therefore Morgan Stanley need not respond to those allegations. To the extent an answer is required, Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of these allegations, and, therefore, denies them. The fourth sentence asserts legal conclusions regarding Plaintiffs' reliance to which no answer is required. To the extent an answer is required, Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of these allegations, and, therefore, denies them.

3. Paragraph 3 does not contain factual allegations, but to the extent an answer is required, the allegations are denied.

4. Morgan Stanley admits that ShengdaTech generated revenues between 2008 and 2010, but denies the remaining allegations in Paragraph 4.

5. Morgan Stanley admits that ShengdaTech filed certain financial statements with the U.S. Securities and Exchange Commission (SEC), but denies Plaintiffs' characterization of those filings, and denies the remaining allegations in Paragraph 5.

6. This Paragraph is directed at parties other than Morgan Stanley; therefore Morgan Stanley need not respond to this Paragraph. The allegations in the first sentence of Paragraph 6 further assert legal conclusions to which no answer is required. To the extent an answer is required, Morgan Stanley denies the allegations in Paragraph 6.

7. Paragraph 7 does not contain factual allegations, but to the extent an answer is required, Morgan Stanley lacks sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 7 and, therefore, denies them.

8. Paragraph 8 is directed at parties other than Morgan Stanley; therefore Morgan Stanley need not respond to this Paragraph. To the extent an answer is required, Morgan Stanley denies the allegations in Paragraph 8.

9. Paragraph 9 is directed at parties other than Morgan Stanley; therefore Morgan Stanley need not respond to this Paragraph. To the extent an answer is required, Morgan Stanley denies the allegations in Paragraph 9.

10. Paragraph 10 asserts legal conclusions regarding the meaning of SEC regulations to which no answer is required, and is directed at parties other than Morgan Stanley; therefore Morgan Stanley need not respond to this Paragraph. To the extent an answer is required, Morgan Stanley denies the allegations in Paragraph 10.

11. Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 11 and, therefore, denies the allegations.

12. Paragraph 12 is directed at parties other than Morgan Stanley; therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 12 and, therefore, denies the allegations.

13. Paragraph 13 is directed at parties other than Morgan Stanley; therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 13 and, therefore, denies the allegations.

14. Paragraph 14, including subparts (a) through (c), is directed at parties other than Morgan Stanley; therefore Morgan Stanley need not respond to this Paragraph. To the extent a

response is required, Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 14 and, therefore, denies the allegations.

15. Paragraph 15, including subparts (a) through (d), is directed at parties other than Morgan Stanley; therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 15 and, therefore, denies the allegations.

16. Morgan Stanley admits that, in December 2010, ShengdaTech sold $130 million of bonds to investors. Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the remaining allegations in Paragraph 16 and, therefore, denies them.

17. Paragraph 17 is directed at parties other than Morgan Stanley; therefore Morgan Stanley need not respond to these allegations. To the extent a response is required, Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 17 and, therefore, denies them.

18. Paragraph 18 is directed at parties other than Morgan Stanley; therefore Morgan Stanley need not respond to these allegations. To the extent a response is required, Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 18 and, therefore, denies the allegations.

19. Paragraph 19 is directed at parties other than Morgan Stanley; therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 19 and, therefore, denies the allegations.

20. Morgan Stanley admits that it underwrote in part the Offering, but is without sufficient knowledge or information to form a belief about the truth of the remaining allegations in Paragraph 20, and, therefore, denies those allegations.

21. Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 21 and, therefore, denies them.

22. Paragraph 22 asserts legal conclusions to which no answer is required, but to the extent an answer is required, Morgan Stanley denies that the Offering documents contained false statements, and denies the remaining allegations in Paragraph 22.

23. Morgan Stanley admits that certain documents were prepared in connection with the Offering, but denies that it did not conduct an adequate investigation before they were prepared, and denies any remaining allegations in Paragraph 23.

24. Paragraph 24 is directed at parties other than Morgan Stanley, and includes allegations asserting legal conclusions regarding Plaintiffs' reliance to which a response is not required; therefore Morgan Stanley need not respond to these allegations. To the extent a response is required, Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 24 and, therefore, denies the allegations.

25. Morgan Stanley denies that it acted negligently in underwriting the Offering, and denies that Morgan Stanley caused any losses by Plaintiffs. Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the remaining allegations in Paragraph 25, including the allegations directed to KPMG, and, therefore, denies them.

26. Morgan Stanley denies that any of its work fell short of applicable professional standards. Morgan Stanley is without sufficient knowledge or information to form a belief about

the truth of the remaining allegations in Paragraph 26, including the allegations directed to KPMG, and, therefore, denies them.

27. Paragraph 27 is directed at parties other than Morgan Stanley, therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 27 and, therefore, denies them.

**SECTION II**

28. Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 28, and, therefore, denies them.

29. Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 29 as stated and, therefore, denies them.

30. Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 30, and, therefore, denies them.

31. Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 31, and, therefore, denies them.

32. Paragraph 32 asserts legal conclusions regarding Plaintiffs' reliance to which a response is not required; therefore Morgan Stanley need not respond to these allegations. To the extent a response is required, Morgan Stanley denies the allegations. Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the remaining allegations in Paragraph 32, including the allegations directed to KPMG, and, therefore, denies them.

33. Morgan Stanley admits that Morgan Stanley & Co. LLC, together with its wholly owned subsidiaries, provides a wide variety of products and services to a large and diversified group of clients and customers, including corporations, governments, financial institutions and

individuals. Morgan Stanley admits that it is a Delaware limited liability corporation with its principal place of business located at 1585 Broadway, New York, New York. Morgan Stanley further admits that it acted as the lead underwriter for the Offering, but denies that it acted as the sole underwriter for the Offering. Morgan Stanley denies any remaining allegations in Paragraph 33.

34. This Paragraph is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 34 and, therefore, denies them.

35. This Paragraph is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 35, and, therefore, denies them.

36. This Paragraph does not contain factual allegations, and therefore no response is required.

37. Morgan Stanley admits that ShengdaTech was a Nevada corporation with its principal place of business in China and that ShengdaTech manufactured NPCC, an additive used in the paint, paper, plastic and rubber industries. Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the remaining allegations in Paragraph 37, and, therefore, denies them.

38. Morgan Stanley admits that ShengdaTech owns Faith Bloom, but denies that Faith Bloom is a Singapore company. Morgan Stanley admits that Faith Bloom owned the five

companies listed, and that they were established under the laws of, and operated in, the People's Republic of China ("PRC"). Morgan Stanley denies the remaining allegations in Paragraph 38.

39. Morgan Stanley is without sufficient knowledge or information to form a belief regarding the allegations in Paragraph 39, and, therefore, denies them.

40. Morgan Stanley is without sufficient knowledge or information to form a belief regarding the allegations in Paragraph 40, and, therefore, denies them.

41. Morgan Stanley is without sufficient knowledge or information to form a belief regarding the allegations in Paragraph 41, and, therefore, denies them.

42. Morgan Stanley admits that Anhui Guo was ShengdaTech's CFO during certain time periods leading up to the Private Placement, but is without sufficient knowledge or information to form a belief about the truth of the remaining allegations in Paragraph 42, and, therefore, denies them.

43. Morgan Stanley admits that A. Carl Mudd and Sheldon B. Saidman were ShengdaTech directors, and sat on its audit committee.

44. Morgan Stanley admits that Andrew Chen was ShengdaTech's CFO from approximately April 2009 to approximately September 2010.

45. Morgan Stanley is without sufficient knowledge or information to form a belief regarding the allegations in Paragraph 45, and, therefore, denies them.

46. This Paragraph is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley admits that the named individual was part of the KPMG team working on the ShengdaTech account, but is without sufficient knowledge or information to form a belief about the truth of the remaining allegations in Paragraph 46, and, therefore, denies them.

47. This Paragraph is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley admits that the named individual was part of the KPMG team working on the ShengdaTech account, but is without sufficient knowledge or information to form a belief about the truth of the remaining allegations in Paragraph 47, and, therefore, denies them.

48. This Paragraph is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley admits that Hansen, Barnett & Maxwell, P.C. previously served as ShengdaTech's auditor, but is without sufficient knowledge or information to form a belief about the truth of the remaining allegations in Paragraph 48, and, therefore, denies them.

49. This Paragraph is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 49, and, therefore, denies them.

## SECTION III

50. Paragraph 50 asserts a legal conclusion to which no answer is required, but to the extent an answer is required, Morgan Stanley denies the allegation.

51. Paragraph 51 asserts a legal conclusion to which no answer is required, but to the extent an answer is required, Morgan Stanley denies the allegation.

52. Paragraph 52 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. Paragraph 52 further asserts legal conclusions regarding personal jurisdiction to which no answer is required, but to the extent an answer is required, Morgan Stanley is without sufficient knowledge or information to form a

belief about KPMG's minimum contacts with the United States, and, therefore, denies the allegations.

53. Paragraph 53 asserts legal conclusions to which no answer is required. To the extent an answer is required, Morgan Stanley admits that it conducts business in this Commonwealth.

54. Paragraph 54 asserts legal conclusions regarding venue to which no answer is required, but to the extent an answer is required, Morgan Stanley denies the allegations.

55. Paragraph 55 asserts legal conclusions to which no answer is required, but to the extent an answer is required, Morgan Stanley denies the allegations in Paragraph 55 directed to Morgan Stanley. Morgan Stanley is without sufficient knowledge or information to form a belief about the allegations directed to KPMG and, therefore, denies them.

56. Morgan Stanley denies the allegation in Paragraph 56.

57. This Paragraph is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 57, and, therefore, denies them.

## **SECTION IV**

58. Morgan Stanley admits that KPMG was ShengdaTech's registered independent accountant.

59. This Paragraph is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to Paragraph 59. To the extent a response is required, Morgan Stanley admits that Paragraph 59 contains excerpts of statements made by KPMG, but denies that Plaintiffs' characterization of those statements is complete or accurate.

60. This Paragraph is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to Paragraph 60. To the extent a response is required, Morgan Stanley admits that Paragraph 60 contains excerpts of statements made by KPMG, but denies that Plaintiffs' characterization of those statements is complete or accurate.

61. Paragraph 61, including subparts (a) through (c), is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent an answer is required, Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 61, and, therefore, denies them.

## SECTION V

62. Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 62, and, therefore, denies them.

63. The first sentence in Paragraph 63 asserts legal conclusions regarding Chinese law to which no answer is required. To the extent a response is required, and as to the remaining allegations in Paragraph 63, Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of these allegations, and, therefore, denies them.

64. Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 64, and, therefore, denies them.

65. Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 65, and, therefore, denies them.

66. Paragraph 66 asserts legal conclusions regarding U.S. and Chinese law to which no answer is required. To the extent a response is required, Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 66, and, therefore, denies them.

67. Paragraph 67 asserts legal conclusions regarding Chinese law to which no answer is required. To the extent a response is required, Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 67, and, therefore, denies them.

68. Paragraph 68 asserts legal conclusions regarding Chinese law to which no answer is required. To the extent a response is required, Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 68, and, therefore, denies them.

69. Morgan Stanley denies the allegation in the first sentence of paragraph 69. Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the remaining allegations in Paragraph 69, and, therefore, denies them.

70. Morgan Stanley admits that ShengdaTech formed a Special Committee, as announced in ShengdaTech's press release dated March 15, 2011, but Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the remaining allegations in Paragraph 70 and, therefore, denies the allegations.

71. Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 71, including subparts (a) through (d), and, therefore, denies them.

72. Paragraph 72 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 72, and, therefore, denies them.

73. Morgan Stanley denies the allegations in Paragraph 73.

74. Morgan Stanley denies the allegations in the first sentence of Paragraph 74. Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the remaining allegations in Paragraph 74, and, therefore, denies them.

75. Morgan Stanley denies that there are no significant differences between U.S. GAAP and Chinese GAAP. Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the remaining allegations in Paragraph 75, and, therefore, denies them.

76. Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 76, and, therefore, denies them.

77. Morgan Stanley denies that Plaintiffs' characterization of ASBE 14 is complete or accurate. Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the remaining allegations in Paragraph 77, and, therefore, denies them.

78. Morgan Stanley denies that there are no material differences between U.S. GAAP and PRC GAAP. Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the remaining allegations in Paragraph 78, and, therefore, denies them.

79. Morgan Stanley denies that Plaintiffs' characterization of the study referenced in Paragraph 79 is complete or accurate. Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the remaining allegations in Paragraph 79, and, therefore, denies them.

80. Morgan Stanley denies that there are no significant differences between U.S. GAAP and Chinese GAAP. Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the remaining allegations in Paragraph 80, and, therefore, denies them.

81. Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 81 and, therefore, denies the allegations.

82. Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 82 and, therefore, denies the allegations.

83. Morgan Stanley admits that GAAP stands for Generally Accepted Accounting Principles, but is without sufficient information or knowledge to form a belief about the truth of the remaining allegations in Paragraph 83 and, therefore, denies the allegations.

84. Morgan Stanley admits that many companies follow GAAP in compiling their financial statements.

85. Morgan Stanley admits that the Financial Accounting Standards Board (FASB) is a private entity, designated by the SEC, that is dedicated to establishing and improving GAAP within the United States.

86. Paragraph 86 asserts legal conclusions regarding the meaning of laws and regulations to which no answer is required. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 86 and, therefore, denies the allegations.

87. Morgan Stanley admits that 17 C.F.R. § 210.4-01(a)(1) includes the quoted text, but denies that the quoted text represents the complete subpart of the specified regulation.

88. Paragraph 88 includes allegations asserting legal conclusions regarding the meaning of SEC regulations to which no answer is required. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 88 and, therefore, denies the allegations.

89. Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 89 and, therefore, denies the allegations.

90. Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 90 and, therefore, denies the allegations.

91. Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 91 and, therefore, denies the allegations.

92. Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 92 and, therefore, denies the allegations.

93. Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 93 and, therefore, denies the allegations.

94. Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 94 and, therefore, denies the allegations.

95. Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 95 and, therefore, denies the allegations.

96. Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 96 and, therefore, denies the allegations.

97. Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 97 and, therefore, denies the allegations.

98. Paragraph 98 asserts legal conclusions regarding the meaning of SEC laws and regulations to which no answer is required. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 98 and, therefore, denies the allegations.

99. Paragraph 99 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 99 and, therefore, denies the allegations.

100. Paragraph 100 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 100, and, therefore, denies them.

101. Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 101 and, therefore, denies the allegations.

102. Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 102 and, therefore, denies the allegations.

103. Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 103 and, therefore, denies the allegations.

104. Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 104 and, therefore, denies the allegations.

105. Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 105 and, therefore, denies the allegations.

106. Paragraph 106 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 106, and, therefore, denies them.

107. Paragraph 107 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 107, and, therefore, denies them.

## SECTION VI

108. Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 108 and, therefore, denies the allegations.

109. Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 109 and, therefore, denies the allegations.

110. Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 110, including subparts (a) through (c), and, therefore, denies the allegations.

111. Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 111 and, therefore, denies the allegations.

112. Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 112 and, therefore, denies the allegations.

113. Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 113 and, therefore, denies the allegations.

114. Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 114 and, therefore, denies the allegations.

115. Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 115 and, therefore, denies the allegations.

116. Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 116, and, therefore, denies them.

117. Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 117 and, therefore, denies the allegations.

118. Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 118, and, therefore, denies them.

119. Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 119 and, therefore, denies the allegations.

120. Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 120 and, therefore, denies the allegations.

121. Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 121 and, therefore, denies the allegations.

122. Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 122 and, therefore, denies the allegations.

123. Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 123 and, therefore, denies the allegations.

124. Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 124 and, therefore, denies the allegations.

125. Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 125 and, therefore, denies the allegations.

126. Paragraph 126 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required,

Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 126, and, therefore, denies them.

127. Paragraph 127 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 127, and, therefore, denies them.

128. Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 128 and, therefore, denies the allegations.

129. Paragraph 129 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 129 and, therefore, denies the allegations.

130. Paragraph 130 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 130 and, therefore, denies the allegations.

131. Paragraph 131 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 131 and, therefore, denies the allegations.

132. Paragraph 132 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required,

Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 132 and, therefore, denies the allegations.

133. Paragraph 133 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 133 and, therefore, denies the allegations.

134. Paragraph 134 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 134 and, therefore, denies the allegations.

135. Paragraph 135 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 135 and, therefore, denies the allegations.

136. Paragraph 136 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 136 and, therefore, denies the allegations.

137. Paragraph 137 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 137 and, therefore, denies the allegations.

138. Paragraph 138 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 138 and, therefore, denies the allegations.

139. Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 139 and, therefore, denies the allegations.

140. With respect to the first sentence of Paragraph 140, Morgan Stanley admits that the quoted text appears in 17 C.F.R. § 240.13b2-2(a)(1), but denies that this text represents the complete regulation. With respect to the second sentence of Paragraph 140, Morgan Stanley admits that 15 U.S.C. § 78ff(a) sets forth certain penalties but denies that Plaintiffs' characterization of those penalties is complete or accurate. The third sentence of Paragraph 140 is directed at parties other than Morgan Stanley, and asserts legal conclusions to which no answer is required. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of those allegations and, therefore, denies them. Morgan Stanley denies the remaining allegations in Paragraph 140.

141. The first two sentences of Paragraph 141 assert legal conclusions regarding the meaning of U.S. securities laws to which no answer is required. The third sentence is directed at parties other than Morgan Stanley, and also asserts legal conclusions to which no answer is required. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 141 and, therefore, denies them.

142. Morgan Stanley denies that Chinese GAAP are substantially the same as U.S. GAAP. Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the remaining allegations in Paragraph 142 and, therefore, denies the allegations.

143. Paragraph 143 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. This Paragraph further asserts legal conclusions regarding the meaning of U.S. securities laws to which no answer is required. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 143 and, therefore, denies the allegations.

144. Paragraph 144 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. This Paragraph further asserts legal conclusions regarding the meaning of U.S. securities laws to which no answer is required. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 144 and, therefore, denies the allegations.

145. Paragraph 145 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 145 and, therefore, denies the allegations.

146. Paragraph 146 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. This Paragraph further asserts legal conclusions regarding the meaning of U.S. securities laws to which no answer is required. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge

to form a belief about the truth of the allegations in Paragraph 146 and, therefore, denies the allegations.

147. Paragraph 147 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 147 and, therefore, denies the allegations.

148. Paragraph 148 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 148 and, therefore, denies the allegations.

149. Paragraph 149 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 149 and, therefore, denies the allegations.

150. Paragraph 150, including subparts (a) through (d), is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 150 and, therefore, denies the allegations.

151. Paragraph 151, including subparts (a) through (d), is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to

form a belief about the truth of the allegations in Paragraph 151 and, therefore, denies the allegations.

152. Paragraph 152 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 152 and, therefore, denies the allegations.

153. Paragraph 153 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 153 and, therefore, denies the allegations.

154. Paragraph 153 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 153 and, therefore, denies the allegations.

155. Paragraph 155 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 155 and, therefore, denies the allegations.

156. Paragraph 156 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 156 and, therefore, denies the allegations.

157. Paragraph 157 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 157 and, therefore, denies the allegations.

158. Paragraph 158, including subparts (a) through (d), is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 158 and, therefore, denies the allegations.

159. Paragraph 159 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 159 and, therefore, denies the allegations.

160. Paragraph 160 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 160 and, therefore, denies the allegations.

161. Paragraph 161 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 161 and, therefore, denies the allegations.

162. Paragraph 162 does not contain factual allegations, and therefore no response is required. To the extent a response is required, Morgan Stanley is without sufficient information

or knowledge to form a belief about the truth of the allegations in Paragraph 162, including about the assumptions or conduct of fraudsters, and, therefore, denies the allegations.

163. Paragraph 163 does not contain factual allegations, and therefore no response is required. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 163 and, therefore, denies the allegations.

164. Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 164 and, therefore, denies the allegations.

165. Paragraph 165 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 165 and, therefore, denies the allegations.

166. Paragraph 166 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 166 and, therefore, denies the allegations.

167. Paragraph 167 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 167 and, therefore, denies the allegations.

168. Paragraph 168 asserts legal conclusions, including regarding the function and significance of a company's "chop" under Chinese law, to which no answer is required. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to

form a belief about the truth of the allegations in Paragraph 168 and, therefore, denies the allegations.

169. Paragraph 169 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 169 and, therefore, denies the allegations.

170. Paragraph 170 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 170 and, therefore, denies the allegations.

171. Paragraph 171 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 171 and, therefore, denies the allegations.

172. With respect to the first sentence of Paragraph 172, Morgan Stanley admits that ShengdaTech had subsidiaries or operations in the Chinese provinces of Shandong and Shaanxi. The remaining allegations in Paragraph 172 are directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to these allegations. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of these allegations and, therefore, denies them.

173. Paragraph 173 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required,

Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 173 and, therefore, denies the allegations.

174. Paragraph 174 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 174 and, therefore, denies the allegations.

175. Paragraph 175 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 175 and, therefore, denies the allegations.

176. Paragraph 176 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 176 and, therefore, denies the allegations.

177. Morgan Stanley admits that China imposes a Value-Added Tax on certain purchases, services, and activities in the PRC.

178. Paragraph 178 asserts legal conclusions regarding Chinese law to which no answer is required. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 178 and, therefore, denies the allegations.

179. Paragraph 179 asserts legal conclusions regarding Chinese law to which no answer is required. To the extent a response is required, Morgan Stanley is without sufficient

information or knowledge to form a belief about the truth of the allegations in Paragraph 179 and, therefore, denies the allegations.

180. Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 180 and, therefore, denies the allegations.

181. Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 181 and, therefore, denies the allegations.

182. Paragraph 182 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 182 and, therefore, denies the allegations.

183. Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 183 and, therefore, denies the allegations.

184. Paragraph 184, including subparts (a) through (c), is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 184 and, therefore, denies the allegations.

185. Paragraph 185 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 185 and, therefore, denies the allegations.

186. Paragraph 186 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required,

Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 186 and, therefore, denies the allegations.

187. Paragraph 187 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 187 and, therefore, denies the allegations.

188. Paragraph 188 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 188 and, therefore, denies the allegations.

189. Paragraph 189 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 189 and, therefore, denies the allegations.

190. Paragraph 190 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 190 and, therefore, denies the allegations.

191. Paragraph 191 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 191 and, therefore, denies the allegations.

192. Paragraph 192 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 192 and, therefore, denies the allegations.

193. Paragraph 193 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 193 and, therefore, denies the allegations.

194. Paragraph 194 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 194 and, therefore, denies the allegations.

195. Paragraph 195 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 195 and, therefore, denies the allegations.

196. Paragraph 196 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 196 and, therefore, denies the allegations.

197. Paragraph 197 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required,

Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 197 and, therefore, denies the allegations.

198. Paragraph 198 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 198 and, therefore, denies the allegations.

199. Paragraph 199 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 199 and, therefore, denies the allegations.

200. Paragraph 200 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 200 and, therefore, denies the allegations.

201. Paragraph 201 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 201 and, therefore, denies the allegations.

202. Paragraph 202 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 202 and, therefore, denies the allegations.

203. Paragraph 203 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 203 and, therefore, denies the allegations.

204. Paragraph 204 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 204 and, therefore, denies the allegations.

205. Paragraph 205 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 205 and, therefore, denies the allegations.

206. Paragraph 206 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 206 and, therefore, denies the allegations.

207. Paragraph 207 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 207 and, therefore, denies the allegations.

208. Paragraph 208 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required,

Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 208 and, therefore, denies the allegations.

**SECTION VII**

209. Paragraph 209 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 209 and, therefore, denies the allegations.

210. Paragraph 210 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 210 and, therefore, denies the allegations.

211. Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 211 and, therefore, denies the allegations.

212. Paragraph 212 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 212 and, therefore, denies the allegations.

**SECTION VIII**

213. Morgan Stanley admits that ShengdaTech filed a Form S-3 on June 15, 2010, but denies Plaintiffs' characterization of it, and is without sufficient information or knowledge to form a belief about the truth of the allegation directed at KMPG and, therefore, denies that allegation. Morgan Stanley denies the remaining allegations in Paragraph 213.

214. Morgan Stanley admits that, on or around October 20, 2010, ShengdaTech filed an amended shelf registration statement.

215. Paragraph 215 purports to quote a document that speaks for itself. To the extent an answer is required, Morgan Stanley admits that Paragraph 215 contains excerpts from ShengdaTech's registration statement filed October 20, 2010, but denies that the Plaintiffs' characterization of those statements is complete or accurate, and denies that the bracketed text is accurate.

216. Paragraph 216 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 216 and, therefore, denies the allegations.

217. Morgan Stanley admits that ShengdaTech filed an amendment to Form S-3 on Form S-1 on November 8, 2010. The remainder of Paragraph 217 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent an answer is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the remaining allegations in Paragraph 217 and, therefore, denies the allegations.

218. Morgan Stanley admits that, on November 18, 2010, ShengdaTech filed an amended shelf registration statement. Morgan Stanley denies that the Plaintiffs' characterization of KPMG's statements in Paragraph 218 is complete or accurate, and is without sufficient information or knowledge to form a belief about the truth of the remaining allegations in Paragraph 218 and, therefore, denies the allegations.

219. Morgan Stanley admits that ShengdaTech's equity offering did not take place and that ShengdaTech sold $130 million of convertible bonds in a private placement closing in December 2010.

220. Morgan Stanley admits that KPMG provided a comfort letter in December 2010 in connection with the Private Placement, but denies that the Plaintiffs' characterization of KPMG's comfort letter in Paragraph 220, including subparts (a) through (d), is complete or accurate.

221. Paragraph 221, including subparts (a) and (b), inaccurately characterizes a document that speaks for itself. To the extent an answer is required, Morgan Stanley admits that KPMG provided a comfort letter in December 2010 in connection with the Private Placement, but denies that the Plaintiffs' characterization of KPMG's comfort letter in Paragraph 221 is complete or accurate.

222. Paragraph 222 inaccurately characterizes a document that speaks for itself. To the extent an answer is required, Morgan Stanley admits that KPMG provided a comfort letter in December 2010 in connection with the Private Placement, but denies that the Plaintiffs' characterization of KPMG's statements in Paragraph 222 is complete or accurate.

223. Morgan Stanley admits the statements in Paragraph 223.

224. Morgan Stanley admits the first sentence of Paragraph 224. With respect to the second sentence of Paragraph 224, Morgan Stanley admits that ShengdaTech announced that it intended to use approximately $67 million of the net proceeds from the Private Placement to repurchase a portion of the Company's 2018 Notes, and also that it intended to use net proceeds from the Private Placement to finance its NPCC production capacity expansion, research and

development activities, and other working capital requirements. Morgan Stanley denies the remaining allegations in Paragraph 224.

225. This Paragraph is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 225 and, therefore, denies the allegations.

226. This Paragraph is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 226 and, therefore, denies the allegations.

227. Paragraph 227, including subparts (a) through (f), is directed at parties other than Morgan Stanley; therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 227 and, therefore, denies the allegations.

228. Paragraph 228 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley admits that ShengdaTech formed a Special Committee, as announced in ShengdaTech's press release dated March 15, 2011, but Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the remaining allegations and, therefore, denies the allegations.

229. Paragraph 229 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required,

Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 229 and, therefore, denies the allegations.

230. Morgan Stanley denies the allegation of Paragraph 230 as stated. Morgan Stanley admits that on March 15, 2011, the NASDAQ announced that it had halted trading in ShengdaTech's stock earlier that morning.

231. Morgan Stanley admits that ShengdaTech issued a press release on March 15, 2011, the full contents of which are not included in this Paragraph, but excerpts of which are included.

232. Morgan Stanley denies the allegation in Paragraph 232 as stated. Morgan Stanley admits that on March 15, 2011, the NASDAQ announced that it had changed the status of the halt of trading in ShengdaTech's equity securities to reflect that additional information had been requested from the Company.

233. Paragraph 233 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley admits that on April 29, 2011, ShengdaTech issued a press release, the full contents of which are not included in this Paragraph, but partial summaries of which are included. Morgan Stanley denies Plaintiffs' characterizations of the press release as inaccurate and incomplete.

234. Morgan Stanley admits that ShengdaTech filed a Form 8-K on May 5, 2011, the full contents of which are not included in this Paragraph, but excerpts of which are included. Morgan Stanley denies Plaintiffs' characterizations of the Form 8-K as inaccurate and incomplete.

235. Morgan Stanley admits the allegations in Paragraph 235.

236. Morgan Stanley admits that ShengdaTech filed a Form 8-K with the SEC on June 9, 2011 stating that it "did not pay the Purchase Price" on the Purchase Date of June 1, 2011 for the 6.0% Convertible Senior Notes due 2018 to holders who had exercised their Put Options. Morgan Stanley denies the remaining allegations in Paragraph 236.

237. Morgan Stanley admits that the SEC commenced a regulatory proceeding regarding ShengdaTech, but Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the remaining allegations in Paragraph 237 regarding the SEC regulatory proceeding.

238. Morgan Stanley admits that ShengdaTech filed a bankruptcy petition under Chapter 11 of the Bankruptcy Code on August 19, 2011 in the United States Bankruptcy Court for the District of Nevada. Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the allegation that ShengdaTech fired CEO Chen on August 19, 2011 and, therefore, denies the allegation. Morgan Stanley is also without sufficient knowledge or information to form a belief about the truth of the allegation in the second sentence of Paragraph 238 and, therefore, denies the allegation.

239. Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 239 and, therefore, denies the allegations.

240. Morgan Stanley admits that on August 24, 2011, ShengdaTech obtained a Temporary Restraining Order against its CEO. Morgan Stanley denies the remaining allegations in Paragraph 240.

241. Paragraph 241 inaccurately characterizes a document that speaks for itself. To the extent an answer is required, Morgan Stanley admits that on September 2, 2011, the United States Bankruptcy Court for the District of Nevada issued a preliminary injunction setting forth

the Court's Proposed Findings of Fact and Proposed Conclusions of Law. Morgan Stanley admits that portions of the Plaintiffs' remaining allegations appear in the Bankruptcy Court's order, but denies that the Plaintiffs' characterization of those statements is complete or accurate. Morgan Stanley denies any remaining allegations in Paragraph 241.

242. Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 242 and, therefore, denies the allegations.

## SECTION IX

243. Paragraph 243 asserts legal conclusions regarding Plaintiffs' reliance to which no answer is required. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 243 and, therefore, denies the allegations.

244. Morgan Stanley admits that ShengdaTech Notes were purchased, but is without sufficient knowledge or information to form a belief about the truth of the allegations as stated in Paragraph 244, including subparts (d) through (i), and, therefore, denies the allegations.

245. Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 245 (including subparts (j) and (k)), including whether Wellesley Advisors had and/or exercised "authority as investment manager of Jura" to make the specified purchases of ShengdaTech bonds, and, therefore, denies the allegations.

246. Morgan Stanley admits that it had access to certain data regarding ShengdaTech, but otherwise denies the allegations of Paragraph 246, including the allegations that Morgan Stanley did not conduct adequate due diligence on ShengdaTech's PRC Companies. Morgan Stanley lacks sufficient information or knowledge to form a belief about the truth of Plaintiffs' allegations directed to KPMG and, therefore, denies those allegations.

## SECTION X

247. Paragraph 247 includes allegations directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to those allegations. Paragraph 247 further asserts legal conclusions to which no response is required. To the extent an answer is required, Morgan Stanley denies the allegations in Paragraph 247 directed to Morgan Stanley. Morgan Stanley lacks sufficient information or knowledge to form a belief about the truth of Plaintiffs' allegations directed to KPMG and, therefore, denies those allegations.

248. Morgan Stanley admits that Plaintiffs purchased Convertible Bonds, but denies Plaintiffs' characterizations regarding the value at which such bonds were purchased, and denies any remaining allegations in Paragraph 248.

249. Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 249, and, therefore, denies them.

250. Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 250, and, therefore, denies them.

251. Morgan Stanley admits that ShengdaTech filed a Form 8-K with the SEC on June 9, 2011 stating that it "did not pay the Purchase Price" on the Purchase Date of June 1, 2011 for the 6.0% Convertible Senior Notes due 2018 to holders who had exercised their Put Options. Morgan Stanley further admits that ShengdaTech filed a bankruptcy petition under Chapter 11 of the Bankruptcy Code on August 19, 2011 in the United States Bankruptcy Court for the District of Nevada. Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the allegation that ShengdaTech fired CEO Chen on August 19, 2011 and, therefore, denies that allegation. Morgan Stanley denies the remaining allegations in Paragraph 251.

252. Morgan Stanley admits that ShengdaTech filed for bankruptcy, as noted above in the response to Paragraph 251. Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the remaining allegations in Paragraph 252, and, therefore, denies them.

253. Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 253, and, therefore, denies them.

254. The first sentence of Paragraph 254 states legal conclusions to which no response is required. To the extent a response is required, Morgan Stanley denies the allegations. Morgan Stanley is without sufficient knowledge or information to form a belief about the truth of the remaining allegations in Paragraph 254, and, therefore, denies them.

255. Morgan Stanley denies the allegations in Paragraph 255.

## COUNT I
## VIOLATION OF M.G.L. 110A §410
## (Against Morgan Stanley)

256. Morgan Stanley incorporates by reference the responses in the preceding paragraphs, as if fully set forth herein.

257. Morgan Stanley admits that Morgan Stanley & Co. LLC and certain of its subsidiaries are registered with the SEC as broker-dealers. Morgan Stanley denies the remaining allegations in Paragraph 257 as stated.

258. Paragraph 258 asserts legal conclusions to which no answer is required, but to the extent an answer is required, Morgan Stanley denies the allegations in Paragraph 258.

259. Morgan Stanley is without sufficient information to form a belief regarding the Plaintiffs' awareness about the information contained in the PPM. In addition, Paragraph 259

asserts legal conclusions to which no answer is required, but to the extent an answer is required, Morgan Stanley denies the allegations in Paragraph 259.

260. Paragraph 260 asserts legal conclusions to which no answer is required, but to the extent an answer is required, Morgan Stanley denies that it knew, or in the exercise of reasonable care should have known, that the PPM contained purported untrue statements of material or omissions. Morgan Stanley also denies any remaining allegations in Paragraph 260.

261. Paragraph 261 asserts legal conclusions to which no answer is required, but to the extent an answer is required, Morgan Stanley denies the allegations in Paragraph 261.

262. Paragraph 262 asserts legal conclusions to which no answer is required, but to the extent an answer is required, Morgan Stanley denies the allegations in Paragraph 262.

**COUNT II**
**NEGLIENT MISREPRESENTATION**
**(By Miller Investment Trust, against KPMG)**

263. This Paragraph does not contain factual allegations, and therefore no response is required.

264. Morgan Stanley incorporates by reference the responses of the preceding paragraphs as if fully set forth herein.

265. Paragraph 265 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief regarding KPMG's purported duty to the Plaintiff, KPMG's subjective beliefs, and the Plaintiff's purported reliance on KPMG's reports. Morgan Stanley denies all remaining allegations in Paragraph 265.

266. Paragraph 266 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required,

Morgan Stanley denies that "[t]he purpose of the audit letters was to induce reliance on the part of, among others, Plaintiff." Morgan Stanley admits that KPMG issued audit letters, the full contents of which are not included in this Paragraph, but excerpts of which are included. Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of any remaining allegations in Paragraph 266 and, therefore, denies the allegations.

267. Paragraph 267 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 267 and, therefore, denies the allegations.

268. Paragraph 268 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 268 and, therefore, denies the allegations.

269. Paragraph 269 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 269 and, therefore, denies the allegations.

270. Paragraph 270 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief regarding the factors that affected the Plaintiffs' decision to invest in ShengdaTech securities. Morgan Stanley further denies that Morgan Stanley concealed any facts. Morgan Stanley is without sufficient

information or knowledge to form a belief about the truth of the remaining allegations in Paragraph 270 and, therefore, denies the allegations.

271. Paragraph 271 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent a response is required, Morgan Stanley is without sufficient information or knowledge to form a belief regarding the truth of the allegations in Paragraph 271, and, therefore, denies the allegations.

272. Paragraph 272 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. This Paragraph further asserts legal conclusions to which no answer is required, but to the extent an answer is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 272 and, therefore, denies them at this time.

273. Paragraph 273 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. This Paragraph further asserts legal conclusions to which no answer is required, but to the extent an answer is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 273 and, therefore, denies them at this time.

274. Paragraph 274 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. This Paragraph further asserts legal conclusions to which no answer is required, but to the extent an answer is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 274 and, therefore, denies them at this time.

## COUNT III
## VIOLATION OF SECTION 18 OF THE EXCHANGE ACT
**(By Miller Investment Trust, against KPMG)**

275. This Paragraph does not contain factual allegations, and therefore no response is required.

276. Morgan Stanley incorporates by reference the responses of the preceding paragraphs as if fully set forth herein.

277. Paragraph 277 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. This Paragraph further asserts legal conclusions to which no answer is required, but to the extent an answer is required, Morgan Stanley is without sufficient information or knowledge to form a belief about the truth of the allegations in Paragraph 277 and, therefore, denies them at this time.

278. Paragraph 278 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. Paragraph 278 further asserts legal conclusions to which no answer is required, but to the extent an answer is required, Morgan Stanley is without sufficient information or knowledge to form a belief regarding the allegations, including the reasons for Miller Investment Trust's actions, and, therefore, denies them.

279. Paragraph 279 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. Paragraph 279 further asserts legal conclusions to which no answer is required, but to the extent an answer is required, Morgan Stanley is without sufficient information or knowledge to form a belief regarding the allegations, including the reasons for Miller Investment Trust's actions, and, therefore, denies them.

280. Paragraph 280 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. To the extent this Paragraph requires a response, Morgan Stanley denies the allegations in Paragraph 280.

281. Paragraph 281 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. Paragraph 281 further asserts legal conclusions to which no answer is required, but to the extent an answer is required, Morgan Stanley is without sufficient information or knowledge to form a belief regarding the allegations and, therefore, denies them.

282. Paragraph 282 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. Paragraph 282 further asserts legal conclusions to which no answer is required, but to the extent an answer is required, Morgan Stanley denies the allegations.

283. Paragraph 283 is directed at parties other than Morgan Stanley, and therefore Morgan Stanley need not respond to this Paragraph. Paragraph 283 further asserts legal conclusions to which no answer is required, but to the extent an answer is required, Morgan Stanley denies the allegations.

## AS TO ALL ALLEGATIONS

1. Any allegation not expressly responded to above, including any allegation contained in footnotes not expressly referenced above, is denied.

2. The headings and subheadings set forth in the Complaint do not require a response, but to the extent a response is required, Morgan Stanley denies the allegations deemed to be made in those headings.

3. Morgan Stanley denies that there is any basis for this action in fact or in law.

4. Morgan Stanley denies that the Plaintiffs are entitled to the relief requested or to any relief whatsoever.

## AFFIRMATIVE DEFENSES

Morgan Stanley states the following affirmative defenses without assuming the burden of proof on any such defenses that would otherwise fall on the Plaintiffs.

### FIRST DEFENSE

For the reasons set forth in Morgan Stanley's Motion to Dismiss the Complaint, the Complaint partially or entirely fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

Morgan Stanley exercised reasonable care in underwriting the Private Placement and did not know, or in the exercise of reasonable care could not have known, of the purported misstatements or omissions.

### THIRD DEFENSE

The Plaintiffs' alleged damages, if any, were caused by the acts or omissions of third parties, for whose conduct Morgan Stanley was not and is not legally responsible.

### FOURTH DEFENSE

Morgan Stanley reasonably relied on the advice of others, including that of outside auditors.

### FIFTH DEFENSE

The Plaintiffs knew or had reason to know of the purported misrepresentations or omissions contained in the Private Placement Memorandum.

### SIXTH DEFENSE

The Plaintiffs cannot make any claims with respect to securities purchased after the Private Placement.

Morgan Stanley reserves the right to amend this Answer, to assert additional affirmative defenses, to assert cross-claims, and to supplement those affirmative defenses asserted herein.

Respectfully submitted,

MORGAN STANLEY & CO. LLC

By their attorneys,

ROPES & GRAY, LLP

By: /s/ John P. Bueker

Dated: May 20, 2015

Randall W. Bodner (BBO# 549160)
John P. Bueker (BBO# 636435)
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
Randall.Bodner@ropesgray.com
john.bueker@ropesgray.com

*Attorneys for Defendant Morgan Stanley & Co. LLC*

**CERTIFICATE OF SERVICE**

I, John P. Bueker, hereby certify that this document, filed through the ECF system, will be served electronically to the registered participants identified on the Notice of Electronic Filing ("NEF"), and that paper copies will be sent via electronic mail to those identified on the NEF as non-registered participants on May 20, 2015.

/s/ John P. Bueker

John P. Bueker (BBO# 636435)
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
john.bueker@ropesgray.com

*Attorneys for Defendant Morgan Stanley & Co. LLC*