UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MILLER INVESTMENT TRUST, and JURA LIMITED<br>    Plaintiffs,<br>v.<br>MORGAN STANLEY & CO. INCORPORATED, n/k/a/ MORGAN STANLEY & CO, LLC and KPMG, a Hong Kong partnership<br><br>    Defendants. | **Civil Action No. 11-CV-12126-DPW** |

**ASSENTED TO MOTION FOR MODIFICATION OF SCHEDULING ORDER**

Plaintiffs Miller Investment Trust ("Miller") and Jura Limited ("Jura", and with Miller, the "Plaintiffs"), KPMG, a Hong Kong partnership ("KPMG Hong Kong"), jointly move for a slight modification of the schedule for Plaintiffs' opposition to KPMG Hong Kong's motion to dismiss.

1. On March 11, 2015, the Court entered a stipulated order providing for a briefing schedule for KPMG Hong Kong's motion to dismiss.

2. The March 11 briefing schedule called for Plaintiffs to file their opposition to KPMG Hong Kong's motion to dismiss within 14 days of its filing, or May 27, 2015.

3. On May 25, 2015, Plaintiffs' counsel's servers failed, and Plaintiffs were unable to work on their opposition.

4. Plaintiffs seek a two day extension of their time to oppose KPMG Hong Kong's motion to dismiss, to May 29, 2015.

5. KPMG Hong Kong has graciously assented to Plaintiffs' request.

Respectfully submitted,

**MILLER INVESTMENT TRUST, and JURA LIMITED,**

By their attorneys,

/s/ Laurence Rosen
Laurence Rosen (*pro hac vice*)
**THE ROSEN LAW FIRM**
275 Madison Avenue, 34th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com

Thomas G. Shapiro, BBO #454680
Adam M. Stewart, BBO #661090
**SHAPIRO HABER & URMY LLP**
Seaport East
Two Seaport Lane
Boston, MA 02210
Tel: (617) 439-3939
Fax: (617) 439-0134
Email: astewart@shulaw.com

Dated:  May 26, 2015

3

<u>Certificate of service</u>

    I hereby certify that this document was filed through the ECF system to be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to any person indicated on ECF as a non-registered participant on May 26, 2015.

_____