# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MILLER INVESTMENT TRUST and JURA LIMITED,<br>　　Plaintiffs,<br>　　　　　　v.<br>MORGAN STANLEY & CO. LLC and KPMG, a Hong Kong Partnership,<br><br>　　Defendants. | **Civil Action No. 1:11-cv-12126-DPW**<br><br>**DECLARATION OF JONATHAN HORNE TRANSMITTING DOCUMENTS** |

Jonathan Horne, pursuant to 28 U.S.C. § 1746, declares:

1. I am an attorney at the Rosen Law Firm, P.A., lead counsel to Plaintiffs Miller Investment Trust and Jura Limited ("Plaintiffs") in this action.

2. I am over the age of 21. I have personal knowledge of the facts as alleged below.

3. Attached as Exhibit 1 to this declaration is a true and correct copy of pages of ShengdaTech's 2009 Form 10-K.

4. Attached as Exhibit 2 to this Declaration is a true and correct copy of a letter from KPMG, a Hong Kong Partnership, to the audit committee of ShengdaTech, Inc. dated March 31, 2009.

5. Attached as Exhibit 3 to this Declaration is a true and correct copy of KPMG HK's Motion to Dismiss and Memorandum of Points and Authorities in Support of Motion to Dismiss, dkt. # 69 in the action *Oaktree Capital Management, L.P v. KPMG*, 12-cv-956-JCW-GWF (D. Nev.)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 29, 2015

Jonathan Horne

2

## Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 29, 2015.

    **/s/ Laurence M. Rosen**