## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MILLER INVESTMENT TRUST, <br><br> Plaintiff <br><br> v. <br><br> MORGAN STANLEY & CO. INC. and KPMG HONG KONG, <br><br> Defendant. | No. 1:11-cv-12126-DPW |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83.5.2, Steven W. Hansen, one of the counsel of record for defendant KPMG, hereby moves to withdraw his appearance. Jeffrey Q. Smith and Jeff Goldman, each of Morgan Lewis & Bockius LLP, are also counsel of record and will be continuing the engagement.

In view of the pending motion to dismiss, leave of the Court is sought. Counsel for Plaintiffs and co-defendant Morgan Stanley & Co. Inc. assent to this request.

**KPMG**
By its attorneys,

/s/ Steven W. Hansen
Steven W. Hansen, BBO #220820
Steven.Hansen@morganlewis.com
Jeff Goldman, BBO #660870
Jeff.Goldman@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, MA  02110-1726
+1.617.341.7700

Jeffrey Q. Smith, *admitted pro hac vice*
Jeffrey.Smith@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY  10178-0060
+1.212.309.6000

Dated:  September 20, 2016

## CERTIFICATE OF SERVICE

I, Jeff Goldman, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 20, 2016.

/s/ Jeff Goldman
Jeff Goldman