UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MILLER INVESTMENT TRUST and JURA LIMITED,<br><br>       Plaintiffs,<br><br>    v.<br><br>MORGAN STANLEY & CO. LLC and KPMG, a Hong Kong Partnership,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION<br>  NO.  1:11-cv-12126 |

## NOTICE OF WITHDRAWAL OF PRO HAC VICE COUNSEL

Jeffrey Q. Smith, previously granted leave to appear in this Court *pro hac vice* on behalf of Defendant KPMG, a Hong Kong partnership, ("KPMG-HK") respectfully withdraws his appearance.   Mr. Goldman and Morgan, Lewis & Bockius LLP continue to represent KPMG-HK.

Dated:  September 29, 2017,

           /s/ Jeff Goldman
           Jeff Goldman, BBO #660870
            jeff.goldman@morganlewis.com
           One Federal Street
           Boston, MA  02110
           617.951.8000

           */s/* Jeffrey Q. Smith
           Jeffrey Q. Smith, *pro hac vice*
            jq.smith@morganlewis.com
           101 Park Avenue
           New York, NY 10022
           212.309.6000

           **MORGAN, LEWIS & BOCKIUS LLP**
           *Attorneys for Defendant KPMG-HK*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document was filed through the ECF system to be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to any person indicated on ECF as a non-registered participant on September 29, 2017.

<u>/s/ Jeff Goldman, BBO #660870</u>
jeff.goldman@morganlewis.com