# United States Court of Appeals
## For the First Circuit

---

No. 18-1460

MILLER INVESTMENT TRUST; JURA LIMITED,

Plaintiffs, Appellants,

v.

KPMG, a Hong Kong partnership,

Defendant, Appellee,

MORGAN STANLEY & CO INCORPORATED, n/k/a Morgan Stanley & Co., LLC,

Defendant.

---

**ORDER OF COURT**

Entered: September 12, 2018

The parties' joint motion to remand is granted, and the case is remanded to the district court for proceedings consistent with the parties' joint motion. Jurisdiction is retained. The parties shall file a status report every thirty days and shall notify this court when the district court has acted.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Hon. Douglas P. Woodlock
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Thomas G. Shapiro
Adam M. Stewart
Laurence M. Rosen
Jonathan R. Horne
John P. Bueker
Randall W. Bodner
Jeff Goldman
Jared A. Craft